THE SOUTH SHORE BANK OF STATEN ISLAND, Appellant, v. WILLIAM CARROL VAN CLIEF and Others, Defendants. TOTTENVILLE AND AMBOY REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

NORA SYFERT, Appellant, v. LENETT REALTY CORPORATION and HERMAN FREEDMAN, Respondents.— Order dismissing complaint, and judgments entered thereon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Seeger, JJ.

TONY TOPAZIO, an Infant, by VINCENT TOPAZIO, His Guardian ad Litem, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

CLARENCE H. VENNER (Formerly DEININGER and Others), Appellant, v. WILLIAM B. WARD and Others, Respondents.— Order denying motion for examination of defendants before trial, and for the production of certain books and records, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

CLARENCE H. VENNER (Formerly WEBER and Others), Appellant, v. WILLIAM B. WARD and GENERAL BAKING CORPORATION, Respondents, and Others, Defendants.— Order denying motion for examination of defendants before trial, and for the production of certain books and records, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

JOSEPH WIENER, Appellant, v. PANFILIO MAGGI and MARY S. MAGGI, Respondents.— Judgment and order of the City Court of Yonkers reversed upon the law and a new trial ordered, costs to appellant to abide the event, because of errors in the admission of evidence at folios 50 to 54.   Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.